**93–395.** Ortiz v. Ortiz. *Cuyahoga County,* No. 61310.

**93–410.** Taylor v. Cleveland. *Cuyahoga County,* No. 63873.
DOUGLAS, J., dissents.

**93–417.** Longfellow v. Ohio Dept. of Transp. *Franklin County,* No. 92AP–549.
DOUGLAS and PFEIFER, JJ., dissent.

**93–421.** Davis v. Biksey. *Trumbull County,* No. 90–T–4364.

**93–422.** Steele v. Chrysler Corp. *Lucas County,* No. L–92–115.
RESNICK, J., not participating.

**93–442.** Internatl. Assn. of Firefighters Local 2818 v. Mifflin Twp. *Franklin County,* No. 92AP–1132.
A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**93–448.** Bank One, Youngstown, N.A. v. P.T.M., Inc. *Mahoning County,* No. 92 C.A. 13.
MOYER, C.J., dissents.

**93–457.** Cleveland v. Ohio Dept. of Mental Health. *Franklin County,* No. 92AP–523.
WRIGHT, J., dissents.

**93–463.** State v. Fetty. *Mahoning County,* No. 90 C.A. 126.
WRIGHT, J., dissents.

**93–465.** Smith v. Cincinnati. *Hamilton County,* No. C–910792.
WRIGHT, J., dissents.

**93–469.** Liberty Network Communication Corp. v. Digital Equip. Corp. *Summit County,* No. 15648.
PFEIFER, J., dissents.

**93–495.** State v. Wright. *Cuyahoga County,* No. 53733.

**93–499.** Herman v. Natl. Hobby Co. *Cuyahoga County,* No. 61586.

**93–504.** Poteet v. Cleveland Steel Specialty. *Cuyahoga County,* No. 61474.
DOUGLAS and RESNICK, JJ., dissent.

**93–512.** Jeffers, Lavelle, Maxwell & Assoc. Agency, Inc. v. Carter. *Cuyahoga County,* No. 64733. On motion to certify the record and on motion for leave to file memorandum in support instanter. Motions denied.

**93–530.** Love v. Motorists Mut. Ins. Co. *Athens County,* No. CA–1514.
MOYER, C.J., and DOUGLAS, J., dissent.

**93–583.** State v. McCollaugh. *Greene County,* No. 91CA109.

## REHEARING DOCKET

**92–2537.** Disciplinary Counsel v. Williams. Reported at 66 Ohio St.3d 71, 609 N.E.2d 149. On motion for rehearing. Rehearing denied.
WRIGHT and PFEIFER, JJ., would also grant respondent time to pay costs.

**93–130.** Petrosky v. Platt. *Montgomery County,* No. 13322. Reported at 66 Ohio St.3d 1474, 611 N.E.2d 836. On motion for rehearing. Rehearing denied.

**93–173.** Shaheen v. Boston Mills Ski Resort, Inc. *Summit County,* No. 15595. Reported at 66 Ohio St.3d 1469, 611 N.E.2d 327. On motion for rehearing. Rehearing denied.
DOUGLAS and WRIGHT, JJ., dissent.

**93–178.** Triplett v. Rosen. *Franklin County,* Nos. 92AP–816 and 92AP–817. Reported at 66 Ohio St.3d 1469, 611 N.E.2d 327. On motion for rehearing. Rehearing denied.
MOYER, C.J., and WRIGHT, J., dissent.